IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

      Defendant.

---

## ORDER DIRECTING GOVERNMENT RESPONSE

---

      This matter is before the Court on Defendant's Motion to Suppress In Court

Identification, filed December 2, 2005.  The government is DIRECTED to respond to

this motion no later than **5:00 p.m. December 14, 2005.**

      DATED: December 5, 2005

                    BY THE COURT:


                    *s/ Phillip S. Figa*

                    _____

                    Phillip S. Figa
                    United States District Judge