IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

      Defendant.

---

## ORDER TO CONTINUE TRIAL DATES

---

      Defendant's Motion to Continue Trial (Dkt. # 28) is GRANTED.  The Court hereby

      ORDERS that the final trial preparation conference set for December 9, 2005 is CONTINUED to **February 10, 2006 at 9:30 a.m.**  It is

      FURTHER ORDERED that the four-day jury trial currently set to commence on December 19, 2005 is CONTINUED to **February 21, 2006 at 1:30 p.m.**

      DATED: December 6, 2005

                            BY THE COURT:


                            *s/ Phillip S. Figa*

                            _____

                            Phillip S. Figa
                            United States District Judge