IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

## ORDER DIRECTING GOVERNMENT RESPONSE

This matter is before the Court on Defendant's Motion for Release of Grand Jury Transcripts (Dkt. # 29). The government is DIRECTED to respond to this motion no later than **5:00 p.m. December 28, 2005.**

DATED: December 21, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge