IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

---

## ORDER DIRECTING GOVERNMENT RESPONSE

---

This matter is before the Court on Defendant's Motion to Suppress Out-Of-Court and In-Court Identification of Frederick Solarin (Dkt. # 37). The government is DIRECTED to respond to this motion no later than **5:00 p.m. January 9, 2006.**

DATED: December 28, 2005

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge