IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

---

**ORDER DIRECTING GOVERNMENT RESPONSE AND
SETTING MOTIONS HEARING**

---

This matter is before the Court on Defendant's Motion to Suppress Statements (Dkt. # 39). The government is DIRECTED to respond to this motion no later than **5:00 p.m. January 17, 2006.** It is

FURTHER ORDERED that a hearing on this motion (Dkt. # 39) and defendant's Motion to Suppress Out-of-Court and In-Court Identification of Frederick Solarin (Dkt. # 37) has been set for **January 20, 2006 at 9:30 a.m.**

    DATED: January 10, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge