IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00311-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

_____

## ORDER
_____

    THIS MATTER comes before the Court on the Defendant's Motion for Release of Grand Jury Transcripts (Doc. # 29). The Court GRANTED the Government's Motion for an Order Permitting Disclosure of Grand Jury Material to the Defense (Doc. # 35) by its Order Concerning Disclosure of Grand Jury Material (Doc. # 36) dated December 21, 2005. It is therefore

    ORDERED that Defendant's Motion for Release of Grand Jury Transcripts is **DENIED AS MOOT.**

    DATED: January 13, 2006

                                                        BY THE COURT:

                                                        *s/ Phillip S. Figa*
                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge