IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

---

**ORDER TO SET MOTIONS HEARING AND TO
VACATE TRIAL DATES**

---

    The Court is in receipt of the parties' Joint Status Report (Dkt. # 46), and will treat the report as a motion.  Having reviewed the report and being otherwise fully advised, the Court hereby

    ORDERS that a half-day hearing on pending motions is SET for **February 23, 2006 at 9:00 a.m.**

    The Court further finds pursuant to 18 U.S.C. § 1361(h)(8) that failure to grant a continuance of the trial in this matter would unreasonably deny counsel for the defendant adequate opportunity to prepare for trial, and that a continuance will serve the ends of justice and outweigh the public's and defendant's right to a speedy trial.

IT IS THEREFORE ORDERED that the final trial preparation conference set for February 10, 2006 at 9:30 a.m. and the four-day jury trial set for February 21, 2006 at 1:30 p.m. are VACATED and will be reset at the February 23, 2006 motions hearing.

DATED February 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge