IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

_____

**ORDER SETTING HEARING ON MOTION TO WITHDRAW**
_____

    This matter comes before the Court on defendant's counsel's Motion to Withdraw (Dkt. # 52).  Upon review of the motion and the file, the Court hereby

    ORDERS that a hearing on said motion is set for **Tuesday, April 4, 2006 at 9:00 a.m.**

    DATED: March 29, 2006

                                                        BY THE COURT:

                                                        *s/ Phillip S. Figa*
                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge