IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

## ORDER RESETTING HEARING ON MOTION TO WITHDRAW

At the request of counsel, the Court ORDERS that the hearing on defendant's counsel's Motion to Withdraw (Dkt. # 52) currently set for Tuesday, April 4, 2006 at 9:00 a.m. is changed to Tuesday, April 4, 2006, **at 1:30 p.m.**

    DATED: March 31, 2006

                                                                       BY THE COURT:

                                                                       *s/ Phillip S. Figa*
                                                                       _____
                                                                       Phillip S. Figa
                                                                       United States District Judge