IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:05-cr-00311-PSF

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     FREDERICK OLUWOLE SOLARIN,

        Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the United States' Motion Doc #68, is granted.

It is ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Dameion Higley, DOB: 02/25/85, DPD No. 619712, before a United States District Judge Phillip S. Figa, on May 15-19, 2006, at 9:00 a.m., for trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct..

SO ORDERED this 10th day of May, 2006.

                                  s/ Patricia A Coan
                                  ~~PHILLIP S. FIGA~~
                                  UNITED STATES ~~DISTRICT JUDGE~~ Magistrate Judge
                                  UNITED STATES DISTRICT COURT
                                  DISTRICT OF COLORADO