IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

_____

## ORDER
_____

As stated in open court on the final day of trial in this matter, sentencing of Defendant Solarin is set for **August 17, 2006 at 10:00 a.m.**  It is hereby

ORDERED that **all counsel participating in the trial of this case** shall attend the sentencing.

DATED: May 24, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge