IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00311-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

_____

**ORDER**
_____

    Due to the Court's calendar the Sentencing Hearing currently set for Thursday, August 17, 2006, at 10:00 a.m. is RESET to **Thursday, August 17, 2006, at 3:00 p.m.**

    DATED: August 16, 1006.

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge