IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Edward W. Nottingham

Civil Action No. 07-cv-02656-EWN
Criminal Action No. 05-cr-00311-EWN

UNITED STATES OF AMERICA,

    v.

FREDERICK OLUWOLE SOLARIN,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before March 14, 2008, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: February 13, 2008

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          Edward W. Nottingham
                                          Chief United States District Judge