**FILED**
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

July 29, 2009

Elisabeth A. Shumaker
Clerk of Court

In re:

FREDERICK O. SOLARIN, JR.,

Petitioner.

No. 09-1296
(D.C. Nos. 1:05-CR-00311-CMA-KMT
& 07-CV-02656-CM
(D. Colo.)

**ORDER**

Before **KELLY**, **MURPHY**, and **TYMKOVICH**, Circuit Judges.

Frederick O. Solarin, Jr. petitions this court for a writ of mandamus directing the district court for the District of Colorado to rule on his pending 28 U.S.C. § 2255 motion. The district court docket sheet reflects that the motion was filed on December 20, 2007.

The district court is invited to respond to the petition for a writ of mandamus. The response, if any, shall be filed within thirty days of the date of this order and served on petitioner.

Petitioner also filed a motion for leave to proceed in forma pauperis. That motion is GRANTED.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk