**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02656-CMA
Criminal Action No. 05-cr-00311-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Frederick Oluwole Solarin,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Arguello, Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this   2nd   day of February, 2011.

                                 BY THE COURT:

                                 _____
                                 CHRISTINE M. ARGUELLO
                                 United States District Judge