IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 05-cr-00311-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK OLUWOLE SOLARIN,

    Defendant.

**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**

    This matter is before the Court on Defendant Frederick Oluwole Solarin's Motion for Compassionate Release (Doc. # 302). This is Mr. Solarin's third such motion. Because Mr. Solarin raises no new grounds justifying early release, the Court denies the Motion.

    Mr. Solarin filed his first Motion for Compassionate Release (Doc. # 260) on September 11, 2020. After thoroughly reviewing the motion, supplemental submissions from Mr. Solarin, and the applicable law, and after considering the factors provided in 18 U.S.C. § 3553(a) and applicable policy statements issued by the Sentencing Commission, the Court denied Mr. Solarin's request for early release. (Doc. # 282.) The Court found that Mr. Solarin would pose a danger to public safety if released back into the community. (*Id.* at 4); *see* USSG § 1B1.13(2) (providing that a court may only reduce a term of imprisonment if it determines that a defendant "is not a danger to the

safety of any other person or to the community"). Mr. Solarin then filed a Motion for Reconsideration of Order Denying Compassionate Release (Doc. # 288). The Court denied Mr. Solarin's request for reconsideration on July 12, 2021. (Doc. # 300.) Mr. Solarin subsequently filed this third Motion for Compassionate Release (Doc. # 302) on January 21, 2022.

After thoroughly reviewing the instant Motion, the Court finds that Mr. Solarin does not present new grounds justifying compassionate release. Rather, Mr. Solarin attempts to rehash arguments already addressed by this Court and objects again to the Court's consideration of the 18 U.S.C. § 3553(a) sentencing factors and his original guideline sentence in this case. Thus, Mr. Solarin's successive Motion for Compassionate Release constitutes an improper third bite at the apple and amounts to an unnecessary burden on judicial resources. The Court finds that Mr. Solarin continues to present a risk to the community to reoffend and that he is therefore ineligible for early release under 18 U.S.C. § 3582(c)(1)(A). *See* USSG § 1B1.13(2)

For the foregoing reasons, Mr. Solarin's Motion for Compassionate Release (Doc. # 302) is DENIED.

DATED:  February 4, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge